# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: middle – FLORIDA (Orlando) |
|---|---|
| Name (under which you were convicted): Heath Lee Helvey | Docket or Case No.: |
| Place of Confinement: Santa Rosa Correctional Institution | Prisoner No.: #X36477 |

Petitioner (include the name under which you were convicted)     Respondent (authorized person having custody of petitioner)

v.

Heath Lee Helvey                      Ricky Dixon, Sec'ty. F.D.O.C.

The Attorney General of the State of:  Ashley Moody

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Orange County (FL) Ninth Circuit
   425 N. Orange Ave.
   Orlando, FL. 32802

   (b) Criminal docket or case number (if you know): 2011-CF-763

2. (a) Date of the judgment of conviction (if you know): 5.23.13.

   (b) Date of sentencing: 5.23.13.

3. Length of sentence: Life + 15yrs. + 5yrs.

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   First Degree Murder (Premeditated) w/ a weapon
   Dealing in Stolen Property
   False Verification of Ownership (to a pawnbroker)

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty          ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty              ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

~~N/A~~
Petitioner plead not guilty to all charged offenses.

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Florida Fifth District Court of Appeal

(b) Docket or case number (if you know): 

(c) Result: Per Curium Affirmed

(d) Date of result (if you know): Mandate issued on October 3, 2014

(e) Citation to the case (if you know): 

(f) Grounds raised: Petitioner does not currently remember the grounds raised and his appeal was lost/destroyed by D.O.C. and he is currently attempting to get the original appeal grounds. Petititoner will file for leave from the Court to file an amended §2254 with the appeal grounds once he has obtained them.

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Name of court: 

(2) Docket or case number (if you know): 

(3) Result: 

(4) Date of result (if you know):

AO 241 (Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Orange County (FL.) Ninth Circuit_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _3.850 - Motion for Postconviction Relief_

(5) Grounds raised: 1) Trial Counsel failed to file four pre-trial motions, a) Motion to Sever, b) Motion to Suppress, c) Independent Psychological and Substance-abuse analysis, d) Motion for Funds (experts). 2) Failure to exercise peremptory strikes, challenge State for striking two African-Americans without a race neutral explanation. 3) Failure to cross-exam State witness Natalie Gutierrez and utilise pawnshop security video. 4) Failure to object to the States request for "Principal jury instruction" and States request for "Modified Jury instructions for Dealing in Stolen Property. (Continued on seperate sheet)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes  ☐ No

(7) Result: _Denied_

(8) Date of result (if you know): _____

Page 4 (b)

Continuation of #11 (a)(5),

(4) The States improper comments during closing arguments, and object/raise Giglio violations.

5) Misadvising the Defendant not to testify due to prior convictions and the "inference" aspect in regards to the offense of Dealing in Stolen Property.

6) Cumulative Errors.

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Orange County (FL) Ninth Circuit

(2) Docket or case number (if you know): 2011-CF-000763-A-O

(3) Date of filing (if you know): April 27, 2018

(4) Nature of the proceeding: Belated Motion for Post-Conviction Relief

(5) Grounds raised: 1) I.A.C. for failure to alert trial court that the jury's verdict of guilt rested on a legally inadequate theory, based upon an inconsistent verdict.
2) I.A.C. for failure to notify trial court that the jury's verdict of "guilty as charged" was based on a general verdict form.
3) I.A.C. for failure to notify trial court that the general verdict form does not indicate how the jury based its verdict upon - as the actual perpetrator or as a principle

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☑ No

(7) Result: denied

(8) Date of result (if you know): ___

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Fifth District Court of Appeal / FL. Supreme Court

(2) Docket or case number (if you know): ___

(3) Date of filing (if you know): November 2023

(4) Nature of the proceeding: Certiorari / appeal

(5) Grounds raised: Initial Brief was dismissed due to missed legal deadline due to institutional lockdown (petitioner could not obtain copies or mail initial brief due to the week-long lockdown). Petitioner provideded documentation from prison administration, verifying lockdown.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: __denied__

(8) Date of result (if you know): __November 28, 2023__

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☒ No
(2) Second petition: ☐ Yes   ☒ No
(3) Third petition:  ☒ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

__There was no written opinion in any of direct appeals to the Fifth DCA, so petitioner was not allowed to go to the highest court.__

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** __4th Amendment violation - "unreasonable searches and seizures". (Petitioner is not certain if this is what the question__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __is alluding too.)__

__The detectives/prosecutor obtained petitioner's cellphone records (call-logs and text messages) without a warrant; the detectives/prosecutor obtained the cellphone records through a buisness request. (* Again Petitioner does not have his direct appeal record as it was destroyed/lost by Florida D.O.C. officials)__

(b) If you did not exhaust your state remedies on Ground One, explain why: __Petitioner was not aware that this was a ground that could be raised because his trial attorney never raised the issue prior to and/or at trial. Once Petitioner learned that this was an actionable ground, he had already filed his post-conviction motion and could not amend the post-conviction motion.__

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:   Per Curium Affirmed.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** ※ Petitioner does not currently have his direct appeal records and is in the process of obtaining them.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Per Curium Affirmed

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

AO 241 (Rev. 01/15)                                                                                                         Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

**GROUND THREE:** Petitioner does not have his direct appeal records currently and is attempting to obtain them. Records lost/destroyed by F.C.D.O.C.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** Petitioner does not have direct appeal records.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☑ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: None of the grounds have been raised to the highest court because there was no written opinion so petitioner was not permitted to seek its assistance. Petitioner missed deadline due to institution lockdown - dismissed.

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _unknown_

(b) At arraignment and plea: _unknown_

(c) At trial: _Blaine McChesney, Esq._

(d) At sentencing: _Blaine McChesney, Esq._

(e) On appeal: _Nancy Ryan - Fifth DCA Public Defenders Office_

(f) In any post-conviction proceeding: _1st Post-conviction Motion Evidentiary Hearing - Nicole L. Benjamin; 2nd Post-Conviction Motion Evidentiary Hearing, John N. Klein, Esq._

(g) On appeal from any ruling against you in a post-conviction proceeding: _Sean Gravel - Fifth DCA Public Defenders Office._

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _N/A_

(b) Give the date the other sentence was imposed: _N/A_

(c) Give the length of the other sentence: _N/A_

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes  ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Petitioner has had appeals and post-conviction motions which has tolled his time.
   Petitioner's appeal was dismissed due to failure to meet the legal deadline due to a week-long institutional lockdown in which he was not allowed to make copies or mail his initial brief. Petitioner appealed (filed certiorari) the

dismissal but the Florida Supreme Court would not review the case because there was no written opinion. Petitioner provided in his certiorari a copy of the letter from the assistant warden that he missed his legal deadline due to the institutional lockdown.

Petitioner seeks this courts permission to have his Federal Habeas Corpus §2254 accepted by this court (Filed), but if this is not correct, please allow this to be considered timely filed and let the petitioner to re-file "Amend" this petition. Also Petitioner would like this Honorable Court to grant a "Stay and Ambience" motion,

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Discharge of all charges or a new trial,_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _12.21.23._ (date).

_Heath Lee Helvey_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.