UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEATH LEE HELVEY,**

        **Petitioner,**

v.                            Case No.  6:24-cv-13-CEM-RMN

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

        **Respondent.**
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. On February 16, 2024, the Court denied Petitioner's motion to proceed *in forma pauperis* and issued an Order (Doc. 8) requiring Petitioner to pay the $5.00 filing fee within twenty-one days. Petitioner was cautioned that his failure to timely comply or to explain non-payment may result in dismissal of this action without further notice.

The Order was mailed to Petitioner at his address of record and the mailing was not returned undeliverable. Nonetheless, as of the date of the current Order, Petitioner has not paid the filing fee, explained his failure to do so, or sought an extension of time.

Accordingly, due to Petitioner's lack of prosecution in this matter, it is **ORDERED** that this case is **DISMISSED without prejudice**. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party